# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. BALDWIN, et.al.,<br><br>　　　　　Defendants. | Case No.: 1:19-cv-00184-DAD-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A FURTHER RESPONSE TO COMPLAINT WITHIN TWENTY DAYS<br><br>[ECF No. 34] |

　　　　Plaintiff Guillermo Garcia is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On January 24, 2020, Defendants' motion to declare Plaintiff a vexatious litigant and post security was denied. (ECF No. 34.) Accordingly, Defendants shall file a further response to Plaintiff's first amended complaint within **twenty (20)** days from the date of service of this order.

IT IS SO ORDERED.

Dated: __**January 27, 2020**__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1