UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. BALDWIN, et.al.,<br><br>　　　　　Defendants. | Case No.: 1:19-cv-00184-DAD-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S NOTICE FILED ON MARCH 5, 2020<br><br>[ECF No. 39]<br><br>ORDER GRANTING PLAINTIFF THIRTY DAYS TO FILE A RESPONSE TO THE COURT'S FEBRUARY 18, 2020 ORDER<br><br>[ECF No. 38] |

Plaintiff Guillermo Garcia is appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 18, 2020, the Court screened Plaintiff's first amended complaint, and directed Plaintiff to show cause why his retaliation and cruel and unusual claims should not be dismissed as barred by the statute of limitations, and found the access to courts claim was not cognizable but leave to amend was granted as to that claim. (ECF No. 38.)

On March 5, 2020, Plaintiff filed a response to the Court's February 18, 2020 indicating that he wishes to proceed on the "cognizable claim identified by this court against defendant F.X. Chavez." (ECF No. 39.) However, Plaintiff is advised that the Court did not find a cognizable claim against Defendant F.X. Chavez, and as stated above, Plaintiff was directed to show cause why his retaliation

1

and cruel and unusual claims should not be dismissed as barred by the statute of limitations and leave to granted to amend the access to court claims only. Therefore, Plaintiff's notice is not responsive to the Court's February 18, 2020 order, and Plaintiff will be granted thirty days to file a proper response to the order. As a courtesy the Court will again direct the Clerk of Court to send Plaintiff a blank amended civil rights complaint form if Plaintiff wishes to amend his access to the courts claim.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court shall send Plaintiff a blank amended civil rights complaint form;
2. Plaintiff is granted **thirty (30)** days from the date of service of this order to file a response to the Court's February 18, 2020 screening order; and
3. The failure to comply with this order will result in a recommendation to the district judge that this action be dismissed for failure to comply with the applicable statute of limitations, failure to state a cognizable claim for relief, and failure to prosecute and comply with a court order.

IT IS SO ORDERED.

Dated: **March 6, 2020**

UNITED STATES MAGISTRATE JUDGE