UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO GARCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. BALDWIN, et.al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-00184-DAD-SAB (PC)<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>(ECF Nos. 54, 55) |

Plaintiff Guillermo Garcia is appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 16, 2020, the undersigned screened Plaintiff's first amended complaint and found that Plaintiff stated a cognizable retaliation claim against Defendants F.X. Chavez and J. Kavanaugh. (ECF No. 54.) However, Plaintiff was advised that he failed to state any other cognizable claim for relief. (Id.) Therefore, Plaintiff was advised that he could file a second amended complaint or a notice of intent to proceed on the claim found to be cognizable or file a second amended complaint. (Id.)

On October 1, 2020, Plaintiff notified the Court of his intent to proceed only on the retaliation claim against Defendants F.X. Chavez and J. Kavanaugh. (ECF No. 55.) Accordingly, the Court will recommend that this action proceed only on Plaintiff's retaliation claim. Fed. R. Civ. P. 8(a); Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007); Hebbe

1

v. Pliler, 627 F.3d 338, 342 (9th Cir. 2010).

Accordingly, it is HEREBY RECOMMENDED that:

1. This action proceed against Defendants F.X. Chavez and J. Kavanaugh for retaliation in violation of the First Amendment; and

2. All other claims and Defendants be dismissed from the action for failure to state a cognizable claim for relief.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **fourteen (14) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal.  Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **October 5, 2020**

UNITED STATES MAGISTRATE JUDGE