# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO GARCIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. BALDWIN, et.al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-00184-DAD-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS CHAVEZ AND KAVANAUGH TO FILE A RESPONSE TO THE FIRST AMENDED COMPLAINT WITHIN TWENTY DAYS |

　　　Plaintiff Guillermo Garcia is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On February 8, 2019, Defendants removed this action from the Tuolumne County Superior Court.

　　　On March 16, 2021, the Court ordered that this action shall proceed on Plaintiff's first amended complaint against Defendants F.X. Chavez and J. Kavanaugh for retaliation in violation of the Eighth Amendment. Accordingly, it is HEREBY ORDERED that Defendants Chavez and Kavanaugh shall file a response to the first amended complaint within **twenty (20)** days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **March 17, 2021**　　　　　　　　　　　　　　　　　　　　　　　　

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1