# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>M. BALDWIN, et.al.,<br><br>    Defendants. | Case No.: 1:19-cv-00184-DAD-SAB (PC)<br><br>NOTICE OF ERRARA TO APRIL 7, 2021 ORDER<br><br>(ECF No. 69) |

Plaintiff Guillermo Garcia is appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

This case is currently set for settlement conference before Magistrate Judge Barbara A. McAuliffe on June 15, 2021.

The Court's April 7, 2021 order lists the telephone number of Courtroom Deputy, Esther Valdez, as (559) 499-5799.  However, the parties are advised that the correct telephone number is **(559) 499-5788**.

IT IS SO ORDERED.

Dated:   **April 20, 2021**

UNITED STATES MAGISTRATE JUDGE

1