**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUILLERMO GARCIA, | ) Case No.: 1:19-cv-00184-DAD-SAB (PC) |
| Plaintiff, | ) |
| v. | ) ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE GUILLERMO GARCIA, CDCR #V-31771 |
| M. BALDWIN, et.al., | ) |
| Defendants. | ) |

A settlement conference in this matter commenced on June 15, 2021.  Inmate Guillermo Garcia, CDCR #V-31771, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **June 16, 2021**                    /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE