1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11   GUILLERMO GARCIA,                    ) Case No.: 1:19-cv-00184-DAD-SAB (PC)
                                          )
12            Plaintiff,                  )
                                          ) ORDER DIRECTING PARTIES TO FILE
13       v.                               ) DISPOSITIONAL DOCUMENTS WITHIN
                                          ) TWENTY-ONE DAYS
14   M. BALDWIN, et.al.,                  )
                                          )
15            Defendants.                 )
                                          )
16   _____  )

17          Plaintiff Guillermo Garcia is appearing *pro se* in this civil rights action pursuant to 42 U.S.C. §

18   1983.  On June 15, 2021, Magistrate Judge Barbara A. McAuliffe conducted a settlement conference,

19   during which the parties reached a settlement agreement, with terms stated on the record.  All dates were

20   vacated and the Court agreed to retain jurisdiction for one year.  Accordingly, it is HEREBY ORDERED

21   that dispositional documents shall be filed within twenty-one (21) days from the date of service of this

22   order.

23

24   IT IS SO ORDERED.

25   Dated:   **June 16, 2021**      _____

26                                   UNITED STATES MAGISTRATE JUDGE

27

28

1